[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 2.]

THE STATE OF OHIO, APPELLANT, *v*. HARPER, APPELLEE.

[Cite as *State v. Harper*, 1995-Ohio-88.]

*Criminal procedure—Motion to suppress is proper pretrial procedure for challenging the admissibility of breathalyzer test results.*

(No. 95-1054—Submitted September 12, 1995—Decided October 18, 1995.)

APPEAL from the Court of Appeals for Logan County, No. CA94-08-8014.

————————————

*William T. Goslee*, Chief City Prosecutor, for appellant.

*David R. Evans*, for appellee.

————————————

{¶ 1} The discretionary appeal is allowed.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *State v. French* (1995), 72 Ohio St.3d 446, 650 N.E.2d 887.

MOYER, C.J., F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

DOUGLAS, WRIGHT and RESNICK, JJ., dissent.

————————————